## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| **Randy Sanford,** | ) | **Case No. 4:16-cv-600** |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) |  |
| **LeMar Industries Corporation, CTB** | ) | **Notice of Removal of Defendant CTB** |
| **Midwest, Inc. d/b/a LeMar Industries,** | ) | **Midwest, Inc. d/b/a LeMar Industries** |
| **Daniel Sease and Tony McMullen**, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

COMES NOW Defendant CTB Midwest, Inc. d/b/a LeMar Industries ("CTBMW"), by and through its attorneys, Faegre Baker Daniels LLP, and hereby removes the above-captioned civil action from the Iowa District Court in and for Polk County, Case No. LACL136193, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331 and 1446, and L.R. 81.  As grounds for removal, CTBMW states as follows:

1.      Plaintiff Randy Sanford ("Plaintiff") filed his Petition and Jury Demand in the Iowa District Court in and for Polk County on October 10, 2016.  In that Petition, Plaintiff alleges CTBMW engaged in race discrimination and retaliation by violating 42 U.S.C. § 1981.

2.      CTBMW was served with the Original Notice and Petition and Jury Demand on November 2, 2016.

3.      There have been no further proceedings in the Iowa District Court in and for Polk County in this action.

4.      Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), CTBMW has timely removed this action because this Notice of Removal is filed within 30 days after the CTBMW's receipt of the initial pleading setting forth the claims for relief upon which the action is based.

1

5.      The United States District Court for the Southern District of Iowa, Central Division, has subject matter jurisdiction over this action based on the federal question contained in Plaintiff's Petition alleging that CTBMW violated 42 U.S.C. §1981.  Therefore, Plaintiff's claims may be removed to the United States District Court for the Southern District of Iowa Central Division pursuant to 28 U.S.C. § 1331.

6.      In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to CTBMW in this action are attached hereto as Exhibit "A," and by this reference incorporated herein.

7.      In accord with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Polk County and is being served on all adverse parties.

8.      At the time of this filing, Defendant CTB Midwest, Inc. d/b/a LeMar Industries is the only defendant to have been served.

WHEREFORE, CTBMW gives notice that the above-entitled action is removed from the Iowa District Court in and for Polk County.

Dated:  November 16, 2016.                **Faegre Baker Daniels LLP**


/s/ Britt L. Teply
Britt L. Teply
  *britt.teply@faegrebd.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010


Joseph C. Pettygrove, *Lead Counsel* *
  *joseph.pettygrove@faegrebd.com*
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-1288
Facsimile: (317) 237-8478


*Motion to appear *pro hac vice* forthcoming

**Attorneys for Defendant CTB Midwest, Inc.
d/b/a LeMar Industries**

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing **Notice of Removal** was served upon the following parties through the court's CM/ECF electronic filing system on the 16th day of November, 2016.


/s/ Trisha Richey

Copy to:

Leonard E. Bates
  *lbates@newkirklaw.com*
Lori A. Bullock
  *lbullock@newkirklaw.com*

*Attorneys for Plaintiff*

US.108596428.02

3